UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REX L. POPE,

             Petitioner,

    v.

MAGGIE MILLER STOUT,

             Respondent.

Case No.  C08-5017 BHS/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1, 3) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this 26th day of February, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1