UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REX L. POPE,

    Petitioner,

v.

MAGGIE MILLER STOUT,

    Respondent.

Case No. C08-5017 BHS/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendations of Magistrate Judge Karen L. Strombom. Dkt. 14. Plaintiff did not file objections to the Report and Recommendation. The Court, having reviewed the Amended Petition for Writ of Habeas Corpus (Dkt. 5), Respondent's Answer (Dkt. 12), the Report and Recommendation and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 5) is **Dismissed without Prejudice**; and

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 9th day of July, 2008.

                          BENJAMIN H. SETTLE
                          United States District Judge

ORDER