# United States District Court

WESTERN DISTRICT OF WASHINGTON

REX L. POPE

JUDGMENT IN A CIVIL CASE

v.

MAGGIE MILLER STOUT

CASE NUMBER: C08-5017BHS/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's Petition for Writ of Habeas Corpus (Dkt. #5) is **Dismissed without Prejudice**.

| July 10, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk